IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRAD REUTER,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY,**<br><br>       **Defendant.** | Case No. 24-CV-02504-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of November 25, 2025 (Doc. 24), this action is **DISMISSED with prejudice**.

**DATED: November 25, 2025**

                                      MONICA A. STUMP,
                                      Clerk of Court


                                      By: *s/ Jackie Muckensturm*
                                          Deputy Clerk


**APPROVED:** *s/ Stephen P. Mc*Glynn
                   **STEPHEN P. MCGLYNN**
                   **U.S. District Judge**